IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CURTIS DILLARD, JR.,

Plaintiff,

v.

PATRELLA, *et al.*

Defendants.

1:25-CV-849

## ORDER

This matter is before the Court for review of the Order and Recommendation entered by the Honorable JoAnna Gibson McFadden. (D.E. 17.) The Recommendation recommends denying Plaintiff Curtis Dillard Jr.'s motion for summary judgment (D.E. 15) as premature. (*Id.*) The deadline for objections passed on April 27, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ordered that the Magistrate Judge's Recommendation (D.E. 17) is ADOPTED and the motion for summary judgment (D.E. 15) is DENIED as premature.

This the 6th day of May, 2026.

 */s/ David A. Bragdon*
United States District Judge